# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES,<br><br>                Plaintiff,<br><br>    v.<br><br>JAMES A. YATES, et al.,<br><br>                Defendants. | CASE NO. 1:08-cv-01706-DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT WITHOUT PREJUDICE<br><br>(Doc. 10) |

       Plaintiff Michael James ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his original complaint on April 10, 2008 in Fresno County Superior Court. Plaintiff filed a first amended complaint in Fresno County Superior Court on October 8, 2008. This action was removed from the Fresno County Superior Court to this Court on November 7, 2008. On February 4, 2009, Plaintiff filed a motion seeking entry of default and default judgment. (Doc. 10.) Plaintiff requests that the Court grant his motion and enter default against defendant for failure to answer.

       In Defendant's notice of removal, Defendant requests that the Court screen this action pursuant to 28 U.S.C. § 1915A. Defendant also requests that if the Court allows this action to proceed, the Court grant defendant thirty days from the date of the screening order to file a responsive pleading. (Doc. 1-8.)

       This Court screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a). In an order issued separately, this Court dismissed Plaintiff's complaint, with leave to amend, for

1

failure to state a claim upon which relief may be granted under section 1983. Having dismissed Plaintiff's complaint, the Court finds that defendant is not required to file a response to Plaintiff's complaint, and disregards defendant's motion for an extension of time.

In light of the fact that the Court has dismissed Plaintiff's complaint for failure to state a cognizable claim, Plaintiff's motion for entry of default judgment, filed February 4, 2009, is HEREBY DENIED without prejudice.

IT IS SO ORDERED.

Dated:   **March 18, 2009**           **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE