IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL A. JAMES, | 1:08-cv-01706 DLB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| JAMES A. YATES, Warden, | (DOCUMENT #14) |
| Defendant. | THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 17, 2009, plaintiff filed a motion to extend time to file an amended complaint pursuant to the Court's order of March 17, 2009 (Document #12). Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file his amended complaint or otherwise respond the Court's order of March 17, 2009.

IT IS SO ORDERED.

Dated: **April 21, 2009**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE