# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JAMES, | CASE NO. 1:08-cv-01706-DLB PC |
|           Plaintiff, | ORDER DENYING REQUEST FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT |
|    v. | (Doc. 20) |
| JAMES YATES, et al., | |
|           Defendants. | |

      Plaintiff Michael James ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action in Fresno County Superior Court on April 10, 2008. On October 8, 2008, Plaintiff filed a First Amended Complaint and on November 7, 2008, defendant James A. Yates filed a notice of removal. On March 17, 2009, this Court issued an order dismissing Plaintiff's First Amended Complaint, with leave to amend, for failure to state any federal claims. (Doc. 12.) Plaintiff filed a Second Amended Complaint on May 13, 2009. (Doc. 18.) On July 22, 2009, Plaintiff filed a request for entry of default. (Doc. 20.)

      By order issued September 23, 2009, the Court dismissed Plaintiff's second amended complaint for failure to state a claim, with leave to file a third amended complaint within thirty days. (Doc. 21.)

      At this juncture, there are no cognizable claims alleged against any defendant. Accordingly, Plaintiff's requests for entry of default and default judgment are DENIED AS PREMATURE.

///

1

Defendant Yates is relieved from filing a responsive pleading until further notice by the Court.

IT IS SO ORDERED.

Dated:     **October 2, 2009**                              **/s/ Dennis L. Beck**
                                                                           UNITED STATES MAGISTRATE JUDGE